

RODOLFO VELASQUEZ
P. O. Box 619
Tecate, CA 91980
209-487-9876
yofairo69@hotmail.com
Plaintiff in:
Propia Persona

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

*EDL*

**CV15     4863**



RODOLFO VELASQUEZ,

     Plaintiff,

v.

NEW PENN FINANCIAL, LLC.
d/b/a SHELLPOINT MORTGAGE
SERVICING,
FREDDIE MAC.

     Defendants.

Case No.

COMPLAINT FOR:

FIRST: AIDING & ABETTING BREACH OF
     FIDUCIARY DUTY;
SECOND: AIDING & ABETTING FRAUD;
  THIRD: AIDING & ABETTING INTENTIONAL
     MISREPRESENTATION;
FOURTH: AIDING & ABETTING NEGLIGENT
     MISREPRESENTATION;
  FIFTH: NEGLIGENCE;
  SIXTH: BREACH OF CONTRACT

# JURY TRIAL DEMANDED

## I.   INTRODUCTION

1.        This case is linked with three appeals presently under review before the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, appeals No's: 15-1175, 15-1176 and 15-1177.   Defendants New Penn Financial, LLC is understood that it's the mother of d/b/a Shellpoint ("Shellpoint") and they are not part of the three appeals because, Shellpoint came into Plaintiff Rodolfo Velasquez' ("Velasquez") mortgage loan path after the appeals were filed.   Eventually, this subjected case is believe will join at later time the three appeals mentioned and pending before the Appellate Panel.

2.        Apparently, Shellpoint is [not] authorize to do business in California, at least it looks like because it didn't designate an agent of service, but Plaintiff is not sure of that fact totally. Shellpoint designated an agent of service under New Penn Financial, LLC's ("New Penn") acceptance.

3.        Defendant Freddie Mac ("Freddie Mac") is the Plaintiff's mortgage loan owner and it's suited in its capacity, herein.   **See Exhibit 1**

4.        In July 21, 2015, Defendant Shellpoint informed the Plaintiff Rodolfo Velasquez that his mortgage loan was transferred from Bank of America to it and from that date on, Defendant Shellpoint will service his mortgage loan account.   **See Exhibit No. 2**

5.        This case arises out of a massive errors in the loan account mishandled by Bank of America that transferred the loan account with tons of problem before been resolved to Shellpoint, but Plaintiff cannot do anything to avoid it other than to file the present lawsuit to stop Shellpoint to continue harassing him, and to stop Shellpoint also from attempting to collect money that it is not entitled to.     Shellpoint harassingly demands from Plaintiff money that he already paid to Bank of America.   Plaintiff condemn the fact that Shellpoint attempts to force him to pay twice for some payments already paid.   No attempts have done to correct the gross loan account errors committed by Shellpoint, Bank of America, New Penn or Freddie Mac.

1

6.      From July 21, 2021 as of the filing of this document, Shellpoint is [harassing] the Plaintiff with a phone calls and foreclosure of his San Francisco property threats at least five times per day demanding questionable amounts of payments.   Plaintiff Rodolfo Velasquez will use the discovery process to force Shellpoint to disclose and explain sufficient clarity the following questionable demand for payments:

| | | |
|---|---|---|
| 1. Principal | $ | 389.71 |
| 2. Interest | $ | 570.76 |
| 3. Escrow | $ | 124.83 |
| 4. Monthly Payment | $ | 1,085.30 |
| 5. Over Due Payment | $ | 10,017.36 |

Totaling:   $ 11,102.66   .   **See Exhibit 3**

7.      In Addition, **Exhibit 3** showed at the right bottom corner the following questionable information, and the amounts included do not match with the payments already cashed by Bank of America that covers the period demanded for payments by Shellpoint:

"You are late on your mortgage payments.   Failure to bring your loan current may result in fees and foreclosure – the loss of your home.   As of 07/21/2015, you are 293 days delinquent on your mortgage loan."

"Recent Account History
o Payment due 02/01/15:      unpaid balance of $4,590.86
o Payment due 03/01/15         unpaid balance of $1,085.30
o Payment due 04/01/15         unpaid balance of $1,085.30
o Payment due 05/0115          unpaid balance of $1,085.30
o Payment due 06/01/15         unpaid balance of $1,085.30
o Payment due 07/01/15         unpaid balance of $1,085.30
o Payment due 08/01/15         Current payment due"

8.      Exhibits included in Exhibit 4, contradicts the erroneous Shellpoint's demand for payment showed in exhibit 3.   **See Exhibit 4**   Exhibit 4, include several monthly payments that directly contradicting Shellpoint's demand for payment.   It's so obscure why Shellpoint is refusing to credit Plaintiff's mortgage payment.   Plaintiff assumes that his payments are not

credited to his account because, Shellpoint is criminally attempting to force the Plaintiff to get into mortgage default, and then later gaining the right to foreclose his San Francisco property. Secondly, because Plaintiff submitted the monthly payment in the amount of $ 960.47 established by his loan Note of 30 years fixed rate mortgage, but Shellpoint demands higher amount of: $1,085.30 that could be the erroneous reason Shellpoint wrongfully rejected Plaintiff's monthly mortgage payments.

9.     Further, Defendant Shellpoint requested from Plaintiff Rodolfo Velasquez a payment for the [balance] of his mortgage loan in the amount of: $ 107,163.90 as of August 2015.   The original amount of the loan was approved in February 09, 1999 for Plaintiff in the amount of: $150,000.00 with his first mortgage payment set for March 1999 to be paid in April 1, 1999. **See Exhibit 5**

10.     Plaintiff Velasquez signed and received a 30 (thirty) years fixed rate loan with interest of: 6.625% annually.   His monthly payment was set in the amount of $ 960.47 and it shouldn't be changed unless the parties involves allows it, but in this case, Plaintiff Rodolfo Velasquez does not allow Shellpoint, nor Bank of America or any other party to [change] it under no circumstances.   From day one to the end of the entire life of the loan that will be matured in March 2029, the monthly payment must remain within the same amount of: $960.47.   See the Loan Note attached, and marked as **Exhibit 6**

11.     Shellpoint submitted to Plaintiff Rodolfo Velasquez a confusing document called Payment History that requires mandatorily an extensive explanation from Shellpoint to Velasquez.   The only piece of information Plaintiff could understood through the Payment History was the balance of $107,163.90 showed on page one (1), other than that, the document of Payment History is confusing and illegible, however, Plaintiff Rodolfo Velasquez demanded,

3

Shellpoint to produce a legible and easy to understand document, but as of the filing of this document, Shellpoint ignored the demand requested by Mr. Velasquez.   **See Exhibit No. 7**

12.     From 1999 to 2015, more or less Plaintiff paid to his loan servicers and for his loan account 15 years of monthly payment as of the filing of this document.   Because the out of balance amount submitted by Shellpoint to Velasquez in the amount of $107,163.90 does not match up with the calculations obtained by Plaintiff's Calculator expert obtaining different amount of: $ 102,446.29, however Shellpoint's calculations became so suspicious to be correct. The entire 30 years of monthly payment were calculated by Plaintiff's Expert, and because the calculations does not match up with Shellpoint's, Shellpoint must produce its calculation to Plaintiff to be verified.   Plaintiff concluded that Shellpoint is inflating the balance of his mortgage loan with its sole intention to hurt him financially.   According to Plaintiff's Expert, the correct balance should be $ 102,446.29 instead of $107,163.90, the difference is: $ 4,717.61.  See **Exhibit 8**

13.     As is clear and established by the loan Note enclosed in this complaint, Plaintiff has to pay a monthly payment in the amount of $ 960.47 from day one until the end of the loan. Shellpoint is breaching the loan agreement demanding higher monthly payments from the Plaintiff.   In addition, as regular obligation, Plaintiff submitted his September 2015 payment and Shellpoint refused to accept the payment as of the filing of this document, however breaching again the loan contract.  Plaintiff believes that Shellpoint refused to process Plaintiff's September 2015 payment, because the payment did not include the amount of $ 1,085.30 claimed by it, the amount included in the payment is: $ 960.47 because Plaintiff is not obligated to submit higher amounts.   If Shellpoint is refusing to accept Plaintiff's mortgage payments, must be under its own decision and its own consequences, but under no circumstances to his expense.

4

14.     By refusing to cash Plaintiff's monthly payments in the amount of $ 960.47 each month, Shellpoint is forcing the Plaintiff to accumulate unnecessary debt, consequently fall in default and later Shellpoint will gain the fact to foreclose Plaintiff's San Francisco Property located at 58 Lobos Street, San Francisco, California illegally.   Shellpoint action is dirty, fraudulent and require the intervention of this Court to stop it from continue committing such crime against the Plaintiff Rodolfo Velasquez and other borrowers in similar circumstances.

15.     As a result of the conduct of Defendants Shellpoint Mortgage Servicing, New Penn Financial and Freddie Mac which was aided and abetted by its Counsel *Andrea M. Hicks* herein, the financial loss Plaintiff suffered is estimated to be in excess of $500,000.00 Five Hundred Thousand dollars.

II.     JURISDICTION AND VENUE

16.     This Court has jurisdiction over this matter because Defendants Shellpoint maybe could conduct business in the County of San Francisco, State of California along with the other two defendants suited in this complaint.

17.     Jurisdiction and Venue is proper in the County of San Francisco pursuant to 28 U.S.C. § 1348 - Banking association as party  28 U.S. Code § 1391 Plaintiff's residence.

III.   THE PARTIES

18.     Plaintiff Rodolfo Velasquez is a resident of Vallejo, California.

19.     Plaintiff Velasquez owns a property located at 58 Lobos Street, San Francisco California.  Plaintiff Velasquez suffered damages including, but not limited to the loss of his mentally stability thinking that Shellpoint also will force him to get into default from its refusal to

5

accept his monthly payments in the amount of $ 960.47 and under that circumstance to accumulate unnecessary debt.   Also, thinking that $ 11,102.66 and other requests for payments marked in this complaint in exhibit 3 as of result of Defendant's conduct alleged herein, Velasquez suffered harassment consequently mental anguish and other paints to be described at trial.

20.      Defendant Shellpoint Mortgage Servicing ("Shellpoint") principal place of business is in Troy Michigan 48099-1410.   Shellpoint maybe has the right to do business throughout California, including in the County of San Francisco, and has provided business checking accounts and other banking services related to the subject matter of this complaint.

21.      New Penn Financial, LLC is a Pennsylvania's state corporation with its main office at: 4000 Chemical Road, Suite 200, Plymouth, Meeting, PA 19462.

22.      Freddie Mac is a Virginia's Corporation or Federal Agency, located at: 8200 Jones Branch Drive McLean, VA 22102-3110

### III.   PLAINTIFF'S COMPLAINT FOR DAMAGES

23.      In making the false and fraudulent statements as described herein, Shellpoint intentionally inflated its Payment History and engaged in a common scheme of deception significantly and obscure that Plaintiff would never thought that his monthly payments would be credited in wrong amounts and further, the refusal of his monthly payment by his loan servicer Shellpoint with the sole intention to force him to get into mortgage default, consequently in serious financial and physical damage.

//

//

6

## IV.   THE FORECLOSURE ISSUE AND MORTGAGE FRAUD SCHEME

24.      It is imperative to file this complaint in the early stages of the problem sufficiently on time to avoid foreclosure issues as the previous loan servicer did.   Shellpoint started to refuse Plaintiff's monthly payments in the amount of $ 960.47 from amount governed by the loan Note. To gain illegal foreclosure right, adopted such awful decision to refuse monthly payments. Shellpoint is certain that Plaintiff at later time will fall in loan default then the foreclosure of his San Francisco property would be eminent, and the bonanza will get into place where Shellpoint will pocket Plaintiff's money from the illegal sell of his San Francisco property.   Defendants wrongfully calculates that if in case that Plaintiff would be sufficient to pay the forced default amount, then it would get higher revenue fat enough to celebrate the fiesta in company of their Counsel in record.

CAUSES OF ACTION
FIRST CAUSE OF ACTION
AIDING & ABETTING BREACH OF FIDUCIARY DUTY
(Against all Defendants)

25.      Plaintiffs Rodolfo Velasquez by reference the foregoing allegations as though fully set forth herein.

26.      At all relevant times, Shellpoint and all Defendants named here owed fiduciary duties to Plaintiff by virtue of the trust reposed in him.  Shellpoint and all Defendants' fiduciary duties to Plaintiff, included a duty of utmost loyalty, good faith, and candor.  As a fiduciary, Shellpoint and all Defendants had a duty to refrain from taking actions detrimental to Plaintiff's financial and other interests.  As a result of the massive fraud and embezzlement by Shellpoint and all Defendants named here breached their fiduciary duties owed to Plaintiff.

27. Bank of America is only been mentioned by Shellpoint disclosing that Plaintiff's loan record was transferred from it.   Plaintiff at this time cannot make Bank of America to respond to the

causes of action here, because Bank of America is not part of this claim.   Presumably this case will be joined a present case against Bank of America presently under review before Bankruptcy Appellate Panel and filed by Plaintiff Rodolfo Velasquez.

28.        Shellpoint and all Defendants named here, knew of and/or willfully disregarded the issue of breaching their fiduciary duties to maintain Plaintiff loan account in good standing and providing correct balance amount.    In addition to the actual knowledge Shellpoint and all Defendants named here willfully disregarded the loan Note governing the mortgage loan terms and breached it repeatedly by demanding payment from the Plaintiff distance from the amount established by their loan Note to be interpreted as a loan contract.   In addition, Shellpoint and all Defendants named here adopted an awful conduct calling the Plaintiff by phone excessively to the point of falling into harassment and attacks against him.

29.        Shellpoint actively breached its fiduciary duties by, among other things: (1) continuing calling the plaintiff in a harassment manner; (2) failing to keep Plaintiff's mortgage account in good standing; (3) intentionally increasing Plaintiff's monthly mortgage payment from $ 960.47 established by the loan Note to excessive amount of $1,085.30; (4) refusing to credited Plaintiff's monthly mortgage payments to his loan account with its intention to force the him to get into mortgage default that later would declare the Plaintiff insolvent, then Shellpoint and all Defendants named here would gain reason to foreclose the property backing the loan named: 58 Lobos Street, San Francisco, California; and (5) ignoring numerous red flags that were apparent from the nature of Bank of America's wrong banking transactions and which required to be reviewed and investigate under existing banking rules and regulations against fraud.

30.        By Defendants' actions in participating in the fraudulent scheme perpetrated by Bank of America and continued by Shellpoint and all Defendants named here against the Plaintiff, as

alleged above, Plaintiff Rodolfo Velasquez suffered serious financial and physical damage to the point that this Court should stop them from continuing.

31.     As a direct and proximate result of Defendant's wrongful acts such as breaching of fiduciary duties, Plaintiff Rodolfo Velasquez has suffered substantial damages, the exact amount of which will be proven at trial, but which amount plainly exceeds the jurisdictional minimum of this Court.    Defendants' conduct was a substantial factor in causing Plaintiff's damages.

32.     The conduct of Defendants is gross, reckless, and in bad faith or willful disregard of the rights and interest of Plaintiff.

91.     In aiding and abetting the breach of fiduciary duties detailed above, Defendant Shellpoint and all Defendants named here acted intentionally, maliciously, and oppressively, with a willful and conscious disregard of the rights of Plaintiff, so as to constitute oppression, fraud, or malice under the law.  Accordingly, the Plaintiffs is entitled to recover punitive and exemplary damages in an amount sufficient to punish Defendants and to deter similar conduct in the future.

SECOND CAUSE OF ACTION
AIDING & ABETTING FRAUD
(Against Shellpoint and all Defendants named in this Complaint)

33.     Plaintiff incorporates by reference the foregoing allegations as though fully set forth herein.

34.     Shellpoint and all Defendants named here knew the representations made to Plaintiff were false, and yet it still made those representations with the intent to force the Plaintiff Velasquez to get into mortgage default refusing to process his monthly payment that would increase unnecessary debt on him, and later, Shellpoint and all Defendants named here would get the right to foreclose his San Francisco property that values around: $ 1,200.000.00.

9

36.      Shellpoint and all Defendants named here actively and substantially assisted perhaps by Bank of America accomplices in this fraud by, among other things:  (1) claiming higher monthly mortgage payment not allowed by the loan contract; (2) forcing the Plaintiff to get into default by refusing to credit his monthly payment; (3) inflating the payment history as of August 2015 in the amount of $ 4,717.61; (4) with wrong balance in the amount of: $ 107,163.90, Plaintiff wouldn't finish to pay his mortgage loan on time, accordingly to be matured in March 2029; and (5) with fraudulent and obscure amounts claimed by Shellpoint from Plaintiff.  **See Exhibit 3**

37.      By its actions in participating in the fraudulent scheme perpetrated by Bank of America and Freddie Mac and continued by Shellpoint as alleged above, Plaintiff suffered damages in an amount to be proven at trial.  Defendants' conduct was a substantial factor in causing Plaintiff's damages.

38.      Moreover, Defendants' actions were malicious, fraudulent, oppressive, and intended to injure the Plaintiff that consequently he is entitled to punitive damages.

THIRD CAUSE OF ACTION
AIDING AND ABETTING INTENTIONAL MISREPRESENTATION
(Against Shellpoint Mortgage Servicing and all Defendants named here)

37.      Plaintiff incorporates by reference the foregoing allegations as though fully set forth herein.

40.      Shellpoint and all Defendants named here intentionally represented to Plaintiff important facts concerning amounts disclosed in its Mortgage Statement marked in **Exhibit 3**, knew they were false, and the worse as of all as of the filing of this document, Shellpoint and all Defendants named here have done nothing to correct their fraudulent claim.

10

41.     As a result of Defendants' misrepresentations, Plaintiff suffered substantial economic and emotional damages in an amount to be determined at trial where all parties would have the opportunity to demonstrate their positions.

42.     Defendant's actions were malicious, fraudulent, oppressive, and intended to injure Plaintiff that consequently he is entitled to punitive damages.

FOURTH CAUSE OF ACTION
AIDING AND ABETTING NEGLIGENT MISREPRESENTATION
(Against Shellpoint Mortgage Servicing and all Defendants named here)

43.     Plaintiff incorporates by reference the foregoing allegations as though fully set forth herein.

44.     Shellpoint and all Defendants named here made the assertions negligently and without any reasonable grounds for believing them to be true.

45.     As a result of Shellpoint and all Defendants' named here numerous negligent misrepresentations claiming wrong amounts and telephonic threats, Plaintiff suffered substantial economic and emotional damages in an amount to be determined according to proof at the time of trial.

FIFTH CAUSE OF ACTION
NEGLIGENCE
(Against Shellpoint Mortgage Servicing and all Defendants named here)

46.     Plaintiff incorporates by reference the foregoing allegations as though fully set forth herein.

47.     Shellpoint owed Plaintiff a duty of care of his mortgage account to be kept in a good standing and trustable amounts, and because Shellpoint and all Defendants' named here failure to keep the loan account in a good standing, as a direct and proximate result of the negligence of

11

Shellpoint and all Defendants named here, Plaintiff has suffered substantial damages, the exact amount of which will be proven at trial.

## SIXTH CAUSE OF ACTION
## BREACH OF CONTRACT
(Against Shellpoint Mortgage Servicing and all Defendants named here)

48.     Plaintiff incorporates herein every allegation contained in the preceding paragraphs, as though set forth fully herein.

49.     Mr. Rodolfo Velasquez entered into a mortgage loan contract with Countrywide that later merged with Bank of America.   On July 2015, Bank of America transferred Plaintiff's mortgage loan to Shellpoint Mortgage Servicing, perhaps the daughter of New Penn Financial, LLC that is believe holds a corporation title.   And Freddie Mac always has been the owner of Plaintiff's mortgage loan at least is what Plaintiff knows.   There is an implied covenant of good faith and fair dealing in every contract that neither party will do anything which will injure the right of the other to receive the benefits of the agreement.

50.     Plaintiff Rodolfo Velasquez performed all obligations required of it under the Agreement that were not excused or discharged by Defendants' conduct.   Defendants breached the Agreement when they engaged in the conduct described above, including 1) overcharging Plaintiff Mr. Rodolfo Velasquez with double interests, 2) demanding larger amounts for his monthly mortgage payments distant from the amount established by the mortgage Note of $960.47, 3) inflating the balance of his mortgage loan that will not meet the mature date of March 2029 according to Defendants' calculation, 4) forcing the Plaintiff to get into mortgage default by returning his monthly mortgage payments, 5) forcing the Plaintiff to accumulate unnecessary mortgage debt, and 6) failing to repair Plaintiff's loan account from the fraudulent demand for

12

several monthly payments, specifically payments that include principal plus interest, and claiming interest on top of the first, it's a clear fraudulent act.

51.     As a direct and proximate result of Defendants' actions, Plaintiff has suffered damages in a sum according to proof at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.  For general and special damages in an amount according to proof;

2.  For punitive damages in an amount sufficient to punish Defendants and deter them from engaging in similar conduct in the future;

2.  For all costs of suit incurred herein;

3.  for prejudgment interest; and

4.  For such other and further relief as the court may deem just and proper

## JURY DEMAND

**Plaintiff Rodolfo Velasquez respectfully demand a trial by jury on all claims so triable.**

Dated: *10-19-2015*

Respectfully Submitted

*Rodolfo Velaz*

Rodolfo Velasquez

13