UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODOLFO VELASQUEZ,** | Case No.  15-cv-04863-YGR |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE** |
| **NEW PENN FINANCIAL, LLC, ET AL.,** | Re: Dkt. No. 29 |
| Defendants. | |

Pro se plaintiff Rodolfo Velasquez's request for telephonic appearance (Dkt. No. 29) is **DENIED** as moot, as the hearing in question has been vacated.

This Order terminates Docket Number 29.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California