# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODOLFO VELASQUEZ**, <br><br>Plaintiff, <br><br>v. <br><br>**NEW PENN FINANCIAL, LLC,** *et al.*, <br><br>Defendants. | Case No. 15-cv-04863 YGR <br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers the above-styled civil action to the Alternative Dispute Resolution ("ADR") Unit for a telephone conference to assess this case's suitability for court-sponsored mediation, settlement conference, early neutral evaluation, or other ADR methods. Plaintiff and Defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as reasonably practicable.

The ADR Unit will notify the parties of the date and time the telephone conference will be held. After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

The Court **VACATES** the hearing on defendants' motion to dismiss currently set for May 24, 2016, and **DENIES** defendants motion to appear by telephone (Dkt. No. 50) as moot. The Court may re-set the hearing on defendant's motion to dismiss, if necessary.

IT IS SO ORDERED.

Dated: May 16, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**