UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **RODOLFO VELASQUEZ**, <br> Plaintiff, <br> v. <br> **NEW PENN FINANCIAL, LLC, ET AL.**, <br> Defendants. | Case No. 15-cv-04863-YGR <br><br> **ORDER TO SHOW CAUSE RE: SANCTIONS** |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned for failure to file a joint statement regarding the status of the mediation by October 14, 2016, one week prior to the compliance hearing set for this Friday, October 21, 2016.

A hearing on this Order to Show Cause will be held on **Friday, November 4, 2016** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By **October 26, 2016**, the parties shall file either a (i) joint statement updating the Court regarding the status of mediation proceedings or (ii) a one-page joint statement explaining the parties' failure to comply. If the Court is satisfied with the parties' response, the parties need not appear and the hearing may be taken off calendar. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists for the parties' failure to provide the court with a joint statement regarding the status of mediation and that the imposition of monetary sanctions is appropriate.

The Court **VACATES** the compliance hearing currently set for this October 21, 2016.

**IT IS SO ORDERED.**

Dated: October 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**