# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODOLFO VELASQUEZ,**<br>Plaintiff**,**<br>vs.<br>**NEW PENN FINANCIAL, LLC, ET AL.,**<br>Defendants**.** | CASE NO. 15-cv-04863-YGR<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Re: Dkt. No. 78 |

On March 17, 2017, the parties filed a stipulated motion to dismiss. (Dkt. No. 78.) The Court **GRANTS** the motion pursuant to such stipulation, and **DISMISSES** the instant action. The Court shall retain jurisdiction over any disputes concerning the terms of the parties' settlement agreement, including interpretation or enforcement of the agreement, for a year from the date of this Order.

The Court further **SETS** a compliance hearing for **Friday, May 26, 2017** at **9:01 a.m.** in 1301 Clay Street, Oakland, California, Courtroom 1. No later than **May 19, 2017**, the parties must file a joint statement updating the Court on the status of the parties' compliance with the above-mentioned settlement agreement. If compliance is complete, the Court may vacate the compliance hearing and the parties need not appear. Failure to comply may result in sanctions.

This Order terminates the action, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 17, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**